**Transfer of Jurisdiction**

INN - PROB 22
Rev. 05/04

DOCKET NUMBER (Tran. Court): 0755 2:03CR00025
DOCKET NUMBER (Rec. Court): 08CR 443

JUDGE KENNELLY
~~MAGISTRATE JUDGE BROWN~~

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:** Donnell Darrell Johnson

RECEIVED MAY 20 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**DISTRICT:** Northern District Of Indiana
**DIVISION:**
**NAME OF SENTENCING JUDGE:** Honorable Rudy Lozano
**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 05/05/2008 TO 05/04/2012
**OFFENSE:** Controlled Sub-Sell, Distribute, Or Dispen

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 5/19/08

United States District Judge [signature]

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED JUN 03 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Effective Date: JUN - 2 2008

United States District Judge: James F. Holderman [signature]