INN - PROB 22
Rev. 05/04 *

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0755 2:03CR00025 |

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Donnell Darrell Johnson | Northern District Of Indiana | |

RECEIVED
MAY 20 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Rudy Lozano |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/05/2008 | 05/04/2012 |

| OFFENSE | |
|---|---|
| Controlled Sub-Sell,Distribute,Or Dispen | **08 CR     443** |

JUDGE KENNELLY

~~MAGISTRATE JUDGE BROWN~~

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of Illinois____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____5/14/08_____          _____
*Date*                                      *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____NORTHERN____ DISTRICT OF ____ILLINOIS____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accep_____ ____ rom and after the entry of this order.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

BY:
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

_____JUN 2 2008_____          _____James F. Holderman_____
*Effective Date*                           *United States District Judge*

DATE: ____MARSHA GLENN____
JUN 0 9 2008

FILED
JUN 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

**June 9, 2008**

312-435-5698

Northern District of Indiana
U.S. District Court
Office of the Clerk
United States Courthouse,
Suite 2300
5400 Federal Plaza
Hammond, IN 46320

**FILED**

JUN 1 2 2008

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Clerk:

Re:    0755    2:03 CR00025    USA v. Donnell Darrell Johnson    Judge Rdy Lozano

Our Case Number:    08 CR 443    –    Norther District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    Marsha E. Glenn
Deputy Clerk

Enclosure

CRACK, TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00025-RL-APR-2
### Internal Use Only

Case title: USA v. Dunn

Magistrate judge case number: 2:03-mj-02011

Date Filed: 03/05/2003

Date Terminated: 03/16/2004

Assigned to: Judge Rudy Lozano

Referred to: Magistrate Judge
Andrew P Rodovich

**Defendant (2)**

**Donnell Johnson**
07499-027
MARION FPC
FEDERAL PRISON CAMP
PO BOX 1000
MARION, IL 62959
*TERMINATED: 03/16/2004*

represented by **John E Martin - FCD**
Federal Community Defenders Inc -
Ham/IN
Northern District of Indiana
31 Sibley Street
Hammond, IN 46320
219-937-8020
Fax: 219-937-8021
Email: john_martin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Mark A Psimos**
Mark A Psimos Attorney at Law
9219 Broadway
Merrillville, IN 46410
219-769-6969
Fax: 219-769-3875
Email: psimoslaw@airbaud.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of ... on file in this
court and ... .
STEPHEN R ... , CLERK

By: _____
DEPUTY CLERK

Date: 6/13/08

## Pending Counts

21:841(a)(1) & 18:2
DISTRIBUTION OF COCAINE &
AIDING & ABETTING
(3)

### Disposition

Deft is hereby committed to the
custody of the BOP to be imprisoned
for a term of 87 mos on count 3
(REDUCED ON 4/23/08 TO 70
MONTHS ) . Placed on supervised
release for a term of 4 yrs. Special
assessment of $100 due immed. No
fine imposed.

## Highest Offense Level (Opening)
Felony

## Terminated Counts
21:844(a) & 18:2 POSSESSION OF
COCAINE & AIDING &
ABETTING
(4)

### Disposition

Pursuant to Rule 48(a) of the FRCP
and by leave of court

## Highest Offense Level
## (Terminated)
Felony

## Complaints
None

### Disposition

---

## Claimant
**Temeka Mitchell**

represented by **Temeka Mitchell**
75 E 102nd Street
Chicago, IL 60628
773-552-3279
PRO SE

---

## Plaintiff
**United States of America**

represented by **Daniel L Bella - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500

Fax: 219-852-2770
Email: daniel.bella@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Craig Benson - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: philip.benson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Lee Kirsch - AUSA, II**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email:
USAINN.ECFCivil@usdoj.gov
*TERMINATED: 05/01/2008*
*LEAD ATTORNEY*

**Toi Denise Houston - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: toi.houston@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2003 | 3 | ORDER by Mag Judge Theresa L. Springmann granting motion to seal case [2-1] (cc: all counsel) [ 2:03-m -2010 ] (sealed) (Entered: 02/11/2003) |
| 02/10/2003 | 5 | MINUTES: INIT APPEAR (DONNELL JOHNSON) 2/10/03 before Mag Judge Theresa L. Springmann. Dft D Johnson inperson w/out cnsl; AUSA T Kirsch. Dft adv rights, charg, pen. Dft rqst for apnt of cnsl granted. Clerk directed to notify fed com defndr. Govt rqsts p/t |

| | | |
|---|---|---|
| | | detn. preliminary exam set for 2:00 2/12/03 ;Detention hearing set for 2:00 2/12/03 for Donnell Johnson. Dft ordered into temp detn; remanded USM. [ 2:03-m -2011 ] (sealed) (Entered: 02/11/2003) |
| 02/10/2003 | 4 | CJA Form 23 (Financial Affidavit) as to Donnell Johnson [ 2:03-m -2011 ] (sealed) (Entered: 02/11/2003) |
| 02/10/2003 | | ARREST of defendant Donnell Johnson on 2/10/03 [ 2:03-m -2011 ] (sealed) (Entered: 02/11/2003) |
| 02/10/2003 | 3 | ORDER by Mag Judge Theresa L. Springmann granting motion to seal case [2-1] (cc: all counsel) [ 2:03-m -2011 ] (sealed) (Entered: 02/11/2003) |
| 02/10/2003 | 2 | MOTION to seal case by USA as to Clifton Dunn, Donnell Johnson [ 2:03-m -2011 ] (sealed) (Entered: 02/11/2003) |
| 02/10/2003 | 1 | COMPLAINT against Clifton Dunn, Donnell Johnson filed by Marc Ferry TFA/DEA signed by Mag Judge Theresa L. Springmann [ 2:03-m -2011 ] (sealed) (Entered: 02/11/2003) |
| 02/11/2003 | 7 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Mark A Psimos for defendant Donnell Johnson [ 2:03-m -2011 ] (sealed) (Entered: 02/14/2003) |
| 02/11/2003 | 6 | ARREST Warrant returned executed as to Donnell Johnson on 2/10/03 [ 2:03-m -2011 ] (sealed) (Entered: 02/11/2003) |
| 02/12/2003 | 8 | MINUTES: PROB CAUSE/DETN HRG before Mag Judge Theresa L. Springmann. Dft Antuan Townsend in person w/cnsl A Foley. AUSA T Kirsch, T Adamson USPT present. Dft stipulates to prob cause finding and waives full hrg. Dft stipulates to p/t detn and waives full hrg at this time reserving right for full hrg based on new evidence. Arraignment set for 1:00 3/12/03 for Antuan Townsend before Mag Judge Theresa L. Springmann. Dft ordered held w/out bond; remanded USM. [ 2:03-m -2010 ] (sealed) (Entered: 02/14/2003) |
| 02/12/2003 | 8 | MINUTES: PROB CAUSE/DETEN HRG 2/11/03 before Mag Judge Theresa L. Springmann. Dft Donnell Johnson inperson w/ cnsl M Psimos. AUSA T Kirsch, E Johnston USPT present. Dft stipu to prob cause finding and waives full hrg. Dft stipulates to pretrial detn at this time reserving right for full hrg upon presentation of new evidence. Arraignment set for 1:00 3/12/03 for Donnell Johnson before Mag Judge Theresa L. Springmann. Dft ordered held w/bond; remanded USM. [ 2:03-m -2011 ] (sealed) (Entered: 02/14/2003) |
| 02/13/2003 | 9 | ORDER of Detention by Mag Judge Theresa L. Springmann as to Donnell Johnson (cc: all counsel,USPO,USM) [ 2:03-m -2011 ] (sealed) (Entered: 02/14/2003) |

| 03/05/2003 | 10 | SEALED INDICTMENT by USA. Counts filed against Clifton Dunn (1) count(s) 1-2, 3, 5, 9, Donnell Johnson (2) count(s) 3, 4, Antuan Townsend (3) count(s) 6-8 (sealed) (Entered: 03/05/2003) |
| 03/05/2003 | | (Court only) Docket Modification (Utility) sealing case (sealed) (Entered: 03/05/2003) |
| 03/05/2003 | 11 | PRAECIPE for warrant for Clifton Dunn by plaintiff USA (sealed) (Entered: 03/05/2003) |
| 03/05/2003 | 12 | PRAECIPE for warrant for Donnell Johnson by plaintiff USA (warrant issued on 3/5/03) (sealed) (Entered: 03/05/2003) |
| 03/05/2003 | 13 | PRAECIPE for warrant for Antuan Townsend by USA (warrant issued on 3/5/03) (sealed) (Entered: 03/05/2003) |
| 03/10/2003 | 15 | ORDER by Mag Judge Theresa L. Springmann dismissing counts as to Donnell Johnson (2) count(s) cmp. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the US Attorney dismisses the complaint against Donnell Johnson (cc: all counsel) (sealed) (Entered: 03/11/2003) |
| 03/11/2003 | 14 | NOTICE: before Mag Judge Theresa L. Springmann vacating [8-1] Arraignment set for 1:00 3/12/03 for Antuan Townsend before Mag Judge Theresa L. Springmann. vacating [8-1] Arraignment set for 1:00 3/12/03 for Donnell Johnson before Mag Judge Theresa L. Springmann. Arraignment set for 9:00 3/19/03 for Donnell Johnson, for Antuan Townsend as result of Indict returned 2:03sr25-RL. USM Ordered to produce A Townsend, Donnell Johnson for proceedings. (cc: all cnsl, USM, USPT) (sealed) (Entered: 03/11/2003) |
| 03/12/2003 | 19 | ARREST Warrant returned executed as to Donnell Johnson on 3/12/03 (sealed) (Entered: 03/12/2003) |
| 03/13/2003 | 20 | MOTION to unseal case by USA as to Clifton Dunn, Donnell Johnson, Antuan Townsend (sealed) (Entered: 03/14/2003) |
| 03/14/2003 | 21 | ORDER by Judge Rudy Lozano granting motion to unseal case [20-1] case unsealed (cc: all counsel) (sealed) (Entered: 03/14/2003) |
| 03/20/2003 | 23 | MINUTES: INIT APPEAR/ARRAIGN 3/20/03 (JOHNSON) before Mag Judge Theresa L. Springmann. Dft in person w/cnsl. AUSA T Kirsch. Waiver rights, charg pen. dft Donnell Johnson arraigned; NOT GUILTY plea entered; Argn Order distrib cnsl; prior order for detn remains intact. (smb) (Entered: 03/21/2003) |
| 03/20/2003 | 25 | ARRAIGNMENT ORDER by Mag Judge Theresa L. Springmann ; pretrial conf set for 1:30 5/6/03 for Donnell Johnson before Judge Rudy Lozano ; pretrial motions due on 3/29/03 for Donnell Johnson ; jury trial set for 8:30 5/19/03 for Donnell Johnson before |

|  |  |  |
|---|---|---|
|  |  | Judge Rudy Lozano (cc: all counsel) (sda) (Entered: 03/21/2003) |
| 04/15/2003 | 26 | ORDER by Mag Judge Theresa L. Springmann ;pretrial conf reset for 2:30 5/7/03 for Donnell Johnson, for Antuan Townsend before Mag Judge Theresa L. Springmann (cc: all counsel) (sda) (Entered: 04/15/2003) |
| 04/28/2003 | 30 | MOTION to continue trial by Donnell Johnson (sda) (Entered: 04/29/2003) |
| 05/01/2003 | 33 | MINUTES: before Mag Judge Theresa L. Springmann vacating [25-1] final pretrial conf set for 1:30 5/6/03 for Donnell Johnson, Antuan Jones, Clifton Dunn before Mag Judge Theresa L Springmann pending ruling on pending motion(s) to continue trial. (smb) (Entered: 05/01/2003) |
| 05/08/2003 | 37 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Theresa L. Springmann granting motion to continue trial [30-1], granting motion to continue [34-1] ; jury trial reset for 8:30 a.m. 9/9/03 as a primary setting for Clifton Dunn, for Donnell Johnson, for Antuan Townsend before Judge Rudy Lozano; Final pretrial conf reset for 1:30 p.m. 8/26/03 for Clifton Dunn, for Donnell Johnson, for Antuan Townsend before Mag Judge Theresa L. Springmann (cc: all counsel) (efc) (Entered: 05/12/2003) |
| 07/01/2003 | 38 | MOTION for leave to revisit issue of detention by Donnell Johnson (sda) (Entered: 07/02/2003) |
| 07/10/2003 | 39 | MOTION to set reasonable bail by Donnell Johnson (sda) (Entered: 07/10/2003) |
| 07/14/2003 | 40 | ORDER by Chief Judge Robert L. Miller Jr case referred to Mag Judge Andrew P. Rodovich All sched orders and settings remain intact (cc: all counsel) (kjp) (Entered: 07/17/2003) |
| 07/21/2003 | 41 | ORDER by Mag Judge Andrew P. Rodovich denying without prejudice defendant Johnson's motion to set reasonable bail [39-1] (cc: all counsel) (sda) (Entered: 07/23/2003) |
| 07/21/2003 | 42 | ORDER by Mag Judge Andrew P. Rodovich regarding Defendant Johnson's Request for Leave to Revisit the issue of Detention [38-1] ; in-court hearing set for 10:00 7/31/03 for Donnell Johnson (cc: all counsel) (sda) (Entered: 07/23/2003) |
| 07/24/2003 | 43 | MOTION to continue date of hrg by USA as to Donnell Johnson (kjp) (Entered: 07/25/2003) |
| 07/30/2003 | 44 | ORDER by Mag Judge Andrew P. Rodovich granting motion to continue date of hrg [43-1] ; in-court hearing set for 2:00 8/6/03 for Donnell Johnson (cc: all counsel) (kjp) (Entered: 08/01/2003) |

| | | |
|---|---|---|
| 08/06/2003 | 45 | MINUTES: BOND HEARING held 8/6/03 before Mag Judge Andrew P. Rodovich as to Dft D JOHNSON. Dft present in person w/cnsl M Psimos CJA. AUSA T Kirsch, T Adamson USPT present. Evidence presented by way of proffer. Argument heard. Crt denies dft rqst for pretrial release. Dft ordered held w/out bond pending trial. Crt's written order on reasons for deten to follow. Dft remanded. (smb) (Entered: 08/07/2003) |
| 08/15/2003 | 46 | ORDER of Detention by Mag Judge Andrew P. Rodovich as to Donnell Johnson (cc: all counsel,USPO,USM) (sda) (Entered: 08/15/2003) |
| 08/22/2003 | 49 | LETTERS from Helen Townsend & Termka Mitchell re: Antuan Townsend (sda) Modified on 08/27/2003 (Entered: 08/27/2003) |
| 08/26/2003 | 47 | INFORMATION regarding sentence of defendant Dunn (sda) (Entered: 08/26/2003) |
| 09/04/2003 | 50 | LETTER to Judge Lozano from defendant Donnell Johnson requesting transfer to a differnt facility. (sda) (Entered: 09/04/2003) |
| 09/04/2003 | 50 | RESPONSE to letter from Donnell Johnson by Derek Plants, Supervising Probation Officer, re: transfer to a different facility [50-1] (sda) (Entered: 09/04/2003) |
| 09/04/2003 | 51 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Andrew P. Rodovich. Granting motion to continue Trial [48-1] ; jury trial set for 8:30 10/20/03 for Clifton Dunn, for Donnell Johnson, for Antuan Townsend before Judge Rudy Lozano; pretrial conf set for 8:45 10/3/03 for Clifton Dunn, for Donnell Johnson, for Antuan Townsend before Mag Judge Andrew P. Rodovich (cc: all counsel) (sda) (Entered: 09/08/2003) |
| 09/30/2003 | 56 | MINUTES: Hrg Re: Deft (Dunn) Mot to Withdrawn Counsel hld on 9/30/03 before Judge Rudy Lozano. Govt is prnst by Thomas Kirsch, AUSA. Deft present and with cnsl R. Brian Woodward. Discussion hld. Deft advises the Court that he wishes to wd his mot to substitute cnsl; granted, withdrawing motion for attorney substitution [53-1] Deft remanded. Julie Churchill-Mickley, Court Reporter (imr) (Entered: 09/30/2003) |
| 10/02/2003 | 57 | PLEA Agreement as to Donnell Johnson (sda) (Entered: 10/02/2003) |
| 10/06/2003 | 59 | MINUTES: Change of Plea Hrg hld on 10/6/03 before Judge Rudy Lozano. Govt prnst by Tom Kirsch, AUSA. Deft in Court and with cnsl Mark A. Psimos. USPO Jakinda Jones prnst. Deft's guilty plea entered as to count(s): three . Court accepts deft's plea of guilty to count three. , Court reserves the right to accept or reject deft's plea agreement until time of sentencing and after review of the PSI. Deft is |

| | | referred to USPO for preparation of the PSI. Sentencing set for 12:30 12/16/03 for Donnell Johnson before Judge Rudy Lozano Deft is remanded. Julie Churchill-Mickley, Court Reporter (imr) (Entered: 10/07/2003) |
|---|---|---|
| 10/09/2003 | 61 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Andrew P. Rodovich. Granting motion to continue the date of trial [60-1] ;jury trial set for 8:30 12/8/03 for Clifton Dunn, for Donnell Johnson, for Antuan Townsend before Judge Rudy Lozano (cc: all counsel) (sda) (Entered: 10/20/2003) |
| 11/21/2003 | 66 | MOTION to Continue Sentencing by United States of America as to Donnell Johnson. (sda, ) (Entered: 11/24/2003) |
| 11/24/2003 | 67 | ORDER granting 66 Government's Motion to Continue Sentencing as to Donnell Johnson (2). Signed by Judge Rudy Lozano on 11/24/03. (sda, ) (Entered: 12/02/2003) |
| 11/24/2003 | | Reset Hearings as to Donnell Johnson : Sentencing set for 3/16/2004 12:30 PM in Hammond before Judge Rudy Lozano. (sda, ) (Entered: 12/02/2003) |
| 03/09/2004 | | (Court only) ***Motions terminated as to Donnell Johnson : 38 Motion for Leave to File filed by Donnell Johnson. (imr, ) (Entered: 03/09/2004) |
| 03/09/2004 | 92 | MOTION for Downward Departure by United States of America as to Donnell Johnson. (Kirsch II, Thomas) (Entered: 03/09/2004) |
| 03/16/2004 | 94 | Minute Entry for proceedings held before Judge Rudy Lozano : (AUSA Thomas Kirsch prnst, deft appears w/cnsl Mark Psimos. USPO Jakinda Jones in Crt.)Sentencing held on 3/16/2004 for Donnell Johnson (2), Count(s) 3, Deft is hereby committed to the custody of the BOP to be imprisoned for a term of 87 mos on count 3. Placed on supervised release for a term of 4 yrs. Special assessment of $100 due immed. No fine imposed. Govt's mot to dism cnt 4 is granted. Deft remanded. (Court Reporter Julie Churchill-Mickley.) (imr, ) (Entered: 03/17/2004) |
| 03/16/2004 | 95 | ORDER DISMISSING COUNTS for Donnell Johnson (2), Count(s) 4, Pursuant to Rule 48(a) of the FRCP and by leave of court . Signed by Judge Rudy Lozano on 3/16/04. (imr, ) (Entered: 03/17/2004) |
| 03/16/2004 | 96 | JUDGMENT AND COMMITMENT ORDER as to Donnell Johnson ; Donnell Johnson terminated. . Signed by Judge Rudy Lozano on 3/16/04. (imr, ) (Entered: 03/17/2004) |
| 04/15/2004 | 97 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Donnell Johnson destroyed (imr, ) (Entered: 04/15/2004) |

| | | |
|---|---|---|
| 10/28/2005 | | (Court only) ***Case Terminated as to Clifton Dunn, Donnell Johnson, Antuan Townsend (imr, ) (Entered: 10/28/2005) |
| 03/20/2008 | 195 | Letter from Donnell Johnson requesting appointment of counsel. (Financial Affidavit housed in sealed vault) (sda) (Entered: 03/20/2008) |
| 04/01/2008 | 199 | ORDER GRANTING defendant's request for appointment of counsel 195 as to Donnell Johnson. Case assigned to FCD. Any previous motions filed pro se seeking reduction pursuant to 18 USC 3582(c)(2) are STRICKEN. USPO to provide documents to counsel and file a report with this Court. Signed by Judge Rudy Lozano on 4/1/08. (sda) (FAXED to FCD and cc: Defendant Donnell Johnson) (Entered: 04/02/2008) |
| 04/04/2008 | 200 | ATTORNEY APPEARANCE: John E Martin - FCD appearing for Donnell Johnson (Martin - FCD, John) (Entered: 04/04/2008) |
| 04/09/2008 | | (Court only) ***Set/Clear Flags as to Donnell Johnson, Antuan Townsend (tlr) (Entered: 04/09/2008) |
| 04/09/2008 | 202 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Donnell Johnson. (Martin - FCD, John) (Entered: 04/09/2008) |
| 04/22/2008 | 203 | RESPONSE to Motion by United States of America as to Donnell Johnson re 202 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Houston - AUSA, Toi) (Entered: 04/22/2008) |
| 04/22/2008 | 204 | ATTORNEY APPEARANCE Toi Denise Houston - AUSA appearing for USA. (Houston - AUSA, Toi) (Entered: 04/22/2008) |
| 04/22/2008 | 205 | MOTION to Withdraw as Attorney *AUSA Thomas L. Kirsch II* by Toi Denise Houston. by United States of America as to Donnell Johnson. (Houston - AUSA, Toi) (Entered: 04/22/2008) |
| 04/23/2008 | 206 | ORDER REDUCING SENTENCE RE CRACK COCAINE OFFENSE 18 USC 3582 for Donnell Johnson. The sentence on Count 3 (REDUCED ON 4/23/08 TO 70 MONTHS - EFFECTIVE DATE 5/5/08). The 202 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 filed by Donnell Johnson is GRANTED. Signed by Judge Rudy Lozano on 4/23/08. (sda) (Entered: 04/23/2008) |
| 05/01/2008 | 209 | ORDER GRANTING the government's 205 Motion to Withdraw as Attorney from the Electronic Case Filing Notification. Thomas Lee Kirsch - AUSA, II withdrawn from case as to Donnell Johnson (2). Signed by Judge Rudy Lozano on 5/1/08. (sda) (Entered: 05/02/2008) |
| | | |

| 05/14/2008 | 210 | ORDER TO TRANSFER JURISDICTION to the Northern District of Illinois as to Donnell Johnson. Signed by Judge Rudy Lozano on 5/14/08 and awaiting signature of accepting court.(originals to USPO) (sda) (Entered: 05/15/2008) |
|---|---|---|
| 06/12/2008 | 213 | Letter from USDC Northern District of Illinois requesting certified copies of documents. (sda) (Entered: 06/13/2008) |
| 06/12/2008 | 214 | Jurisdiction Transferred to to Northern District of Illinois as to Donnell Johnson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (sda) (Entered: 06/13/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO: |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| CLIFTON DUNN, | ) | 18 U.S.C. § 922(g)(1) |
| DONNELL JOHNSON, and | ) | 18 U.S.C. § 1512(b)(1) |
| ANTUAN TOWNSEND | ) | 21 U.S.C. § 844(a) |
| | | 21 U.S.C. § 841(a)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 7, 2002, in the Northern District of Indiana,

**CLIFTON DUNN**

defendant herein, did knowingly and intentionally distribute a quantity of a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK

By: _____
DEPUTY CLERK

Date: 6/13/08

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

On or about October 18, 2002, in the Northern District of Indiana,

**CLIFTON DUNN**

defendant herein, did knowingly and intentionally distribute 5 grams or more of a quantity of a

mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic

controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about February 3, 2003, in the Northern District of Indiana,

**CLIFTON DUNN and**
**DONNELL JOHNSON**

defendants herein, did knowingly and intentionally distribute 5 grams or more of a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about February 7, 2003, in the Northern District of Indiana,

### DONNELL JOHNSON

defendant herein, did knowingly and intentionally possess 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance,

All in violation of Title 21, United States Code, Section 844(a), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about February 7, 2003, in the Northern District of Indiana,

### CLIFTON DUNN

defendant herein, having been convicted on or about November 30, 1998, of Distribution of

Cocaine Base, a crime punishable for a term of imprisonment exceeding one (1) year, in the

Northern District of Indiana, Cause Number 2:98 CR 147, did knowingly possess in and affecting

commerce ammunition and firearms, to wit: a .40 caliber Glock, Model 23, semi-automatic

pistol, bearing serail number DGA218US, and a Mossberg 12 gauge, pistol grip, shotgun, bearing

serial number 004674,

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**

On or about November 7, 2002, in the Northern District of Indiana,

**ANTUAN TOWNSEND**

defendant herein, did knowingly and intentionally distribute 50 grams or more of a quantity of a

mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic

controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about November 26, 2002, in the Northern District of Indiana,

### ANTUAN TOWNSEND

defendant herein, did knowingly and intentionally distribute 50 grams or more of a quantity of a

mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic

controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 8**</u>

On or about January 29, 2003, in the Northern District of Indiana,

**ANTUAN TOWNSEND**

defendant herein, did knowingly and intentionally distribute 50 grams or more of a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 9**

In or about February 2003, in the Northern District of Indiana,

**CLIFTON DUNN**

defendant herein, did knowingly attempt to intimidate, attempt to use physical force against, and

attempt to threaten a person whose initials are JG with the intent to influence, delay and prevent

the testimony of a person whose initials are JG in an official proceeding,

All in violation of Title 18, United States Code, Sections 1512(b)(1) and 2.


A TRUE BILL:




JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY


By:

Thomas L. Kirsch II
Assistant United States Attorney

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

___NORTHERN___    District of    ___INDIANA___

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| | Case Number:    2:03 cr 25-02 |
| **DONNELL JOHNSON** | USM Number:    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 |
| | Mark Psimos |
| | Defendant's Attorney |

## THE DEFENDANT:

x   pleaded guilty to count(s)    three

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:841(a)(1) | Distribution of five (5) grams or more of cocaine base | 2/7/2003 | three |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

x Count(s)    four    x    is    ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 16, 2004
Date of Imposition of Judgment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing **is a**
true copy of the original on file in this
court and cu...
STEPHEN R. LUDWIG, CLERK
By
DEPUTY CLERK
Date: 6/13/08

S/Rudy Lozano
Signature of Judge

United States Judge Rudy Lozano
Name and Title of Judge

March 17, 2004
Date

AO 245B    (Rev. 12/03) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:            DONNELL JOHNSON
CASE NUMBER:         2:03 cr 25-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    eighty-seven (87) months on count three

x    The court makes the following recommendations to the Bureau of Prisons:
     The defendant be given credit for time served.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
               Sheet 3 — Supervised Release

|  |  |
|---|---|
| DEFENDANT: | DONNELL JOHNSON |
| CASE NUMBER: | 2:03 cr 25-01 |

Judgment—Page   3   of   6  

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     four years on count three

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

      low risk of future substance abuse.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.
2.   The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.
3.   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4.   The defendant shall support the defendant's dependents and meet other family responsibilities.
5.   The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6.   The defendant shall notify the probation officer at least then (10) days prior to any change of residence or employment.
7.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any
8.   The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.
9.   The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted
10.   The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation
11.   The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer
12.   The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13.   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14.   The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15.   The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments

case 2:03-cr-00025-RL-APR     document 96     filed 03/16/2004     page 4 of 7

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:        DONNELL JOHNSON
CASE NUMBER:      2:03 cr 25-01

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a drug aftercare treatment program under a co-payment program under a co-payment plan which may include testing for the detection of drugs of abuse at the direction and discretion of the probation officer.

The defendant shall participate in a co-payment program to offset the cost of treatment. The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale for Monthly Co-Payment.

While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7.

case 2:03-cr-00025-RL-APR    document 96    filed 03/16/2004    page 5 of 7

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 4—Probation

Judgment—Page _____ of _____

DEFENDANT:      DONNELL JOHNSON
CASE NUMBER:

## PROBATION

The defendant is hereby sentenced to probation for a term of :

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4. The defendant shall support the defendant's dependents and meet other family responsibilities.

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6. The defendant shall notify the probation officer at least then (10) days prior to any change of residence or employment.

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8. The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT:        Donnell Johson
CASE NUMBER:      2:03 cr 25-02

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|         | **Assessment** | **Fine** | **Restitution** |
|---------|----------------|----------|-----------------|
| **TOTALS** | $ 100.00 | $ 0 | $ 0 |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered
after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in
the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid
before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

| **TOTALS** | $ _____ | $ _____ |
|------------|-------------------|-------------------|

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the
fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject
to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the    ☐  fine   ☐  restitution.

☐   the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   6   of   6

DEFENDANT:     Donnell Johnson
CASE NUMBER:  2:03 cr 25-02

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X    Lump sum payment of $   100   due immediately, balance due

       ☐   not later than _____ , or
       ☐   in accordance    ☐ C,   ☐ D,   ☐   E, or   ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐C,   ☐D, or   ☐F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.